ABRAHAM, FRUCHTER
& TWERSKY, LLP
TAKEO A. KELLAR (Bar No. 234470)
11622 El Camino Real, Suite 100
San Diego, CA 92130
Tel. (858) 764-2580
Fax (858) 764-2582
*tkellar@aftlaw.com*

Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

ELLEN STOKAR,

Plaintiff,

v.

STEADFAST APARTMENT REIT. INC.: RODNEY F. EMERY: ELLA NEYLAND: ANA MARIE DEL RIO: G. BRIAN CHRISTIE: THOMAS PURCELL: KERRY D. VANDELL: NED W. BRINES, AND; STEPHEN R. BOWIE,

Defendants.

Case No.: 8:21-cv-01724-JVS-JDE

**NOTICE OF VOLUNTARY DISMISSAL & WITHDRAWAL OF MOTION FOR A PRELIMINARY INJUNCTION**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Ellen Stokar ("Plaintiff") voluntarily dismisses the claims in the above-captioned action (the "Action") as moot and withdraws her motion for a preliminary injunction (the "Motion") based upon factual assertions made in Defendants' opposition to the Motion. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: November 23, 2021

**ABRAHAM, FRUCHTER & TWERSKY, LLP**

By: /s/ *Takeo A. Kellar*_____

TAKEO A. KELLAR
11622 El Camino Real, Suite 100
San Diego, CA 92130
Tel: (858) 764-2580
Fax: (858) 764-2582